**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANUCH SEN OUK and CHANTHA SEANG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, et al.,<br><br>Defendants. | Case No. 2:23-cv-00558-JLS-PVC<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING RE-ADJUDICATION OF APPLICATION (Doc. 20)** |

The Court, having read and considered the parties' Joint Stipulation to Stay Case Pending Re-Adjudication of Application (Doc. 20), and finding good cause therefor, HEREBY ORDERS that the instant action shall be stayed until September 25, 2023. No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

DATED: April 25, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE