UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANUCH SEN OUK and CHANTHA SEANG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, et al.,<br><br>Defendants. | Case No. 2:23-cv-00558-JLS-PVC<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiffs against Defendants, shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

IT IS SO ORDERED.

Dated: August 22, 2023

JOSEPHINE L. STATON
_____
HONORABLE JOSEPHINE L. STATON
United States District Judge